UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| MALIK A. CAPERS | CIVIL ACTION NO. 20-0213 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| MS. DORTHY, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation [Doc. No. 4] of the Magistrate Judge having been considered, together with the written Objection [Doc. No. 5] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED**, **ADJUDGED, AND DECREED** that Plaintiff Malik A. Capers' claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 23rd day of March, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE